UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTONIO GUITERREZ, JR., | Case No. 1:20-cv-01130-AWI-EPG (PC) |
|---|---|
| Plaintiff, | ORDER RE: PLAINTIFF'S NOTICE OF ERROR ON CAPTIONS |
| v. | (ECF No. 6) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Antonio Gutierrez, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 26, 2020, Plaintiff filed a notice indicating that the caption of certain orders he received incorrectly named the defendants. (ECF No. 6). Plaintiff asks if he needs to file a motion to correct the names.

Plaintiff does not need to take any action at this time. It is not clear why these orders listed Corcoran State Prison Substance and Abuse Treatment Facility Corcoran in the caption. This entity is not listed as a defendant in Plaintiff's complaint or on the Court's docket. As this entity is not listed as a defendant on the Court's docket, there is nothing to correct at this time.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                   /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1