UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. SANDOVAL, <br><br> Defendant. | Case No. 1:20-cv-01130-AWI-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT <br><br> (ECF No. 27) |

Antonio Gutierrez, Jr. ("Plaintiff), is proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 4, 2021, the Court granted Plaintiff's motion for leave to amend and gave Plaintiff twenty-one days from the date of service of the order to file and serve the Second Amended Complaint. (ECF No. 26). That same day, Plaintiff's counsel filed a declaration. (ECF No. 27).

In the declaration, Plaintiff's counsel clarifies that while he has submitted the notice required by section 364 of the California Code of Civil Procedure, the 90-day period has not yet expired. The window expires on March 10, 2021. The reason Plaintiff's counsel filed the motion to amend in advance is that the statute of limitations may run on March 12, 2021.

The Court construes Plaintiff's counsel's declaration as a request for an extension of time,

\\\

1

and the Court finds good cause to grant the request.[1]

Accordingly, IT IS ORDERED that:

1. The Court construes Plaintiff's declaration as a motion for an extension of time;
2. Plaintiff's motion for an extension of time is granted; and
3. Plaintiff has until March 11, 2021, to file and serve the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **February 5, 2021**         /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court is granting Plaintiff's an extension of time, the Court is not taking a position on whether Plaintiff complied with the statute of limitations or section 364 of the California Code of Civil Procedure.