UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. SANDOVAL, <br><br> Defendant. | Case No. 1:20-cv-01130-AWI-EPG (PC) <br><br> ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT M. SANDOVAL <br><br> (ECF No. 29) |

On January 21, 2021, the California Department of Corrections and Rehabilitation filed a Notice of E-Service Waiver, indicating that defendant M. Sandoval waived personal service. (ECF No. 22). Pursuant to this Court's procedures, the California Attorney General's Office had thirty days from the date this Notice was filed to file a waiver of service of process. (ECF No. 18, p. 4).

On February 24, 2021, a deputy attorney general made a special appearance to request an extension of defendant Sandoval's deadline to file a waiver of service. (ECF No. 29). The Deputy Attorney General states that the extension "is necessary in order to preserve Defendant's rights while the AGO investigates whether the Attorney General's Office can represent Defendant in this action." (Id. at 3). The Deputy Attorney General notes that extension request was not timely filed, and states that she was unable to timely request an extension "due to an unforeseen medical emergency that resulted in a delay in my ability to work on cases within my caseload."

1

1  (Id.).  The Deputy Attorney General states there will be no prejudice or delay because Plaintiff
2  has until March 11, 2021, to file a Second Amended Complaint.  (Id.).
3  　　　The Court will grant the request.  Additionally, as Plaintiff has until March 11, 2021, to file
4  and serve a Second Amended Complaint, if Defendant waives service, the deadline for Defendant
5  to file a responsive pleading is twenty-one days from the date Plaintiff serves his Second
6  Amended Complaint.
7  　　　Accordingly, IT IS HEREBY ORDERED that:
8  　　　　1. Defendant has until March 15, 2021, to return a signed service waiver; and
9  　　　　2. If Defendant waives service of process, Defendant has twenty-one days from the
10 　　　　　 date Plaintiff serves his Second Amended Complaint to file her responsive pleading.

IT IS SO ORDERED.

　　Dated:  **February 25, 2021**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2