# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO GUTIERREZ, JR.,**<br><br>    **Plaintiff**<br><br>    v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>    **Defendants** | **CASE NO. 1:20-CV-1130 AWI EPG (PC)**<br><br>**ORDER ON PARTIES' STIPULATION**<br><br>(Doc. No. 32) |

    The parties have filed a stipulation to dismiss without prejudice the Plaintiff's claim for punitive damages based on state law medical malpractice.  The stipulation is subject to possible later assertion by Plaintiff provided that Plaintiff follows the procedures set forth in Cal. Code Civ. Pro. § 425.13.  After consideration, the Court will give effect to the stipulation.

    Accordingly, IT IS HEREBY ORDERED that, per the parties' stipulation (Doc. No. 32), Plaintiff's claim for punitive damages based on state law medical malpractice is DISMISSED without prejudice subject to possible reassertion by Plaintiff pursuant to the procedures of Cal. Code Civ. Pro. § 425.13.

IT IS SO ORDERED.

Dated:  August 30, 2021            _____
                                                    SENIOR DISTRICT JUDGE