UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR., | Case No. 1:20-cv-01130-AWI-EPG (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION TO TAKE PLAINTIFF'S DEPOSITION IN PRISON |
| v. | |
| SANDOVAL, | (ECF No. 46) |
| Defendant. | |

Having read the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant may take Plaintiff's deposition in prison, and that such deposition may be taken by remote means if Plaintiff's place of incarceration has the ability to permit a remote deposition.

IT IS SO ORDERED.

Dated:  **September 30, 2021**              /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE