UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M. SANDOVAL,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01130-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION TO MODIFY LITIGATION SCHEDULE<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(ECF No. 51) |

On March 29, 2022, Plaintiff filed a motion to modify the litigation schedule. (ECF No. 51). Plaintiff asks the Court to modify the scheduling order "to permit his Set One discovery requests to be enforced." (ECF No. 51, p. 2). Plaintiff argues good cause exists to modify the schedule because, among other reasons, "the case has been litigated responsibly," "this is the first request for a modification of the schedule," and "there does not appear to be any prejudice to Sandoval by permitting Plaintiff to wind out his written discovery requests." (ECF No. 51-1, pgs. 3 & 10).

On April 12, 2022, Defendant filed her opposition to the motion. (ECF No. 56). In her opposition, Defendant argues that Plaintiff's motion should be denied because it is not timely and because Plaintiff has failed to show good cause for the modification. (Id. at 3-4). Defendant also argues that, if Plaintiff's motion is granted, "the expert disclosure date and related expert discovery dates should be extended as well." (Id. at 5).

As discussed on the record at the informal discovery dispute conference (ECF No. 57), the

- 1 -

Court finds good cause to grant Plaintiff's motion and will allow Plaintiff to seek court intervention regarding his Set One discovery requests. Given this, the Court will also modify the remaining dates and deadlines in this case.

Accordingly, IT IS ORDERED that the remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Motion to Compel Regarding Set One Discovery Requests | June 1, 2022 |
| Joint Discovery Statement re: Motion to Compel | June 8, 2022 |
| Motion to Compel Hearing (EPG) | June 17, 2022, at 10:00 a.m. |
| Expert Disclosures | August 12, 2022 |
| Rebuttal Expert Disclosures | September 16, 2022 |
| Expert Discovery Cutoff | October 21, 2022 |
| Dispositive Motions | December 2, 2022 |
| Motions for Attendance of Incarcerated Witnesses | February 3, 2023 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | March 3, 2023 |
| Joint Pretrial Statement | March 23, 2023 |
| Pretrial Conference (AWI) | March 30, 2023, at 10:00 a.m. |
| Jury Trial (AWI) | June 6, 2023, at 8:30 a.m. |

\\\
\\\
\\\
\\\

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 14, 2022**                    /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE