UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR.,<br><br>   Plaintiff,<br><br> v.<br><br>SANDOVAL,<br><br>   Defendant. | Case No. 1:20-cv-01130-AWI-EPG (PC)<br><br>ORDER APPROVING STIPULATED PROTECTIVE ORDER IN PART<br><br>(ECF No. 62) |

IT IS ORDERED that the Stipulated Protective Order (ECF No. 62) is APPROVED, with the section titled "**CHALLENGING CONFIDENTIALITY DESIGNATIONS**" being modified as follows:

If the Parties cannot resolve a challenge without court intervention, the Challenging Party must request an informal discovery dispute conference pursuant to the procedures described in the Court's scheduling order (ECF No. 43, p. 4) prior to filing a formal motion.

IT IS SO ORDERED.

Dated: **May 9, 2022**           /s/ Erica P. Grosjean
                     UNITED STATES MAGISTRATE JUDGE

1