UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTONIO GUTIERREZ, JR., | Case No. 1:20-cv-01130-AWI-EPG (PC) |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 72) |
| SANDOVAL, | |
| Defendant. | |

Pursuant to the stipulation of the parties (ECF No. 72), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 43, as modified by ECF No. 59).[1] The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Plaintiff's Expert Disclosures | September 16, 2022 |
| Defendant's Expert Disclosures | October 21, 2022 |
| Rebuttal Expert Disclosures | November 21, 2022 |

---

[1] The Court notes that it modified some of the dates proposed by the parties. Additionally, the parties are required to file a joint pretrial statement, but they are not required to file separate pretrial statements.

- 1 -

| Expert Discovery Cutoff | January 27, 2023 |
| --- | --- |
| Dispositive Motions | March 14, 2023 |
| Motions for Attendance of Incarcerated Witnesses | May 19, 2023 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | June 16, 2023 |
| Joint Pretrial Statement | July 7, 2023 |
| Pretrial Conference (AWI) | July 14, 2023, at 11:30 a.m. |
| Jury Trial (AWI) | September 12, 2023, at 8:30 a.m. |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 21, 2022**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

- 2 -