UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANDOVAL, <br><br> Defendant. | Case No. 1:20-cv-01130-AWI-EPG (PC) <br><br> ORDER APPROVING STIPULATION TO CONTINUE DEADLINE TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT <br><br> (ECF No. 83) |

On April 4, 2023, the parties filed a Stipulation to Continue Deadline to File Reply to Motion for Summary Judgment. (ECF No. 83). The parties "stipulate to continue the deadline to file the reply to the motion for summary judgment until April 17, 2023 (as the current deadline falls on a Saturday) and move the hearing to May 5, 2023 or the Court's first available date." (Id. at 2).

Pursuant to the stipulation of the parties (ECF No. 83), the Court will extend the reply deadline and continue the hearing on the motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment shall be filed no later than **April 17, 2023**; and

\\\

\\\

- 1 -

2. The hearing on Defendant's motion for summary judgment is continued to **May 12, 2023, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  **April 5, 2023**              /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE