UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR., | Case No.: 1:20-cv-01130-KES-EPG (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ANTONIO GUTIERREZ, JR., PLAINTIFF, CDCR # BF-7833 |
| *v.* | |
| MARGARITA SANDOVAL, | |
| Defendant. | **DATE: November 13, 2024**<br>**TIME: 8:30 a.m.** |

ANTONIO GUTIERREZ, JR., inmate, CDCR # BF-7833, is a party to and a necessary and material witness on his own behalf in proceedings in this case on November 13, 2024. He is confined at Correctional Training Facility (CTF), Soledad Prison Road, Soledad, CA 93960, in the custody of the Warden.

To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, for a **trial starting on November 13, 2024, at 8:30 a.m,** and continuing through the week of November 14, 2024.

## ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum **IS ISSUED**, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Correctional Training Facility at (831) 678–5866 or via email.

1

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CTF, P. O. Box 686, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **October 10, 2024**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

