UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARITA SANDOVAL, Registered Nurse,<br><br>    Defendant. | No.  1:20-cv-01130-KES-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND PRETRIAL DEADLINES<br><br>Doc. 179 |

On October 10, 2024, the parties filed a stipulation requesting an extension of the pretrial deadlines in light of the continued trial date. Doc. 179. Having considered the parties' stipulation, the court hereby modifies the pretrial order and ORDERS that the pretrial deadlines be extended as follows:

1. Jury Instructions: The deadline to file proposed jury instructions is continued from October 15, 2024 to **October 22, 2024**. All proposed jury instructions (whether agreed or disputed) shall also be e-mailed as a Word attachment to kesorders@caed.uscourts.gov.

2. Verdict Forms: The deadline to file verdict forms is continued from October 15, 2024 to **October 22, 2024**. Verdict forms (whether agreed or disputed) shall also be e-mailed as a Word attachment to kesorders@caed.uscourts.gov.

3. Oppositions to Motions In Limine: The deadline to file oppositions to the pending motions in limine is continued from October 15, 2024 to **October 22, 2024**.

4. Meet and Confer Conference re Exhibits: The deadline to meet and confer regarding exhibits is continued from October 10, 2024 to **October 22, 2024**.

5. Trial Brief Submission and Proposed Voir Dire Questions: The deadline for the parties to file trial briefs and proposed voir dire questions is extended from October 22, 2024 to **November 6, 2024**.

6. Exhibit List and Exhibit Binders: The parties shall file their exhibit lists by **November 7, 2024**. The deadline for counsel to deliver exhibit binders to the Courtroom Clerk and to opposing counsel is extended from October 24, 2024 to **November 7, 2024**. The parties shall submit four sets of their exhibit binders, with copies of their filed exhibit list at the front of each binder, to **Courtroom Deputy Victoria Gonzales by November 7, 2024.**

IT IS SO ORDERED.

Dated:   October 10, 2024

_____
UNITED STATES DISTRICT JUDGE