**FILED**

NOV 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**FILED**
**JUDGMENT ENTERED**

<u>November 20, 2024</u>
**Date**
by: <u>Victoria Gonzales</u>
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
__XX___ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ANTONIO GUTIERREZ,

    Plaintiff,

vs.

MARGARITA SANDOVAL,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:20-CV-01130-KES-EPG (PC)

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that:

    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT MARGARITA SANDOVAL, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 11/20/2024.*

DATED: 11/20/2024

                              KEITH HOLLAND, CLERK OF THE COURT

                              /S/ Victoria Gonzales
                    By:      Deputy Clerk

jgm.civ
11/20/2024